IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLEY R. MILLS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-1090 |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with the court's Order of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 31, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge